```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 29564
   JANET KING
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5331


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/27/2005 and was confirmed 12/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------

TRIAD FINANCIAL            SECURED          13805.00         1075.56      13018.21
TRIAD FINANCIAL CORP       UNSECURED          675.05             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED          817.49             .00           .00
EASTLAKE MANAGEMENT        UNSECURED        NOT FILED            .00           .00
FORD MOTOR CREDIT          UNSECURED        NOT FILED            .00           .00
IL DEPT OF EMPLOYMENT SE   UNSECURED         8846.00             .00           .00
MIDLAND MORTGAGE           UNSECURED        NOT FILED            .00           .00
B-FIRST LLC                UNSECURED         1002.50             .00           .00
RUSH PRESBYTERIAN ST LUK   UNSECURED        NOT FILED            .00           .00
MEDICAL COLLECTIONS SYST   NOTICE ONLY     NOT FILED             .00           .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED            .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          300.83             .00           .00
ZTEL COMMUNICATIONS INC    UNSECURED        NOT FILED            .00           .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     194.00              .00        194.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                           949.45
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 17,937.22

PRIORITY                                          194.00
SECURED                                        13,018.21
   INTEREST                                     1,075.56
UNSECURED                                            .00
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                              949.45
DEBTOR REFUND                                        .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 29564 JANET KING

```
                               ---------------     ---------------
TOTALS                              17,937.22           17,937.22
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 12/05/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 05 B 29564 JANET KING